UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

MORAD GHODOOSHIM, et al.       Plaintiff,       Case No. 1:12-cv-09264-JSR

-against-

QIAO XING MOBILE
COMMUNICATION CO, LTD.,       Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Murielle J. Steven**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MS6865          My State Bar Number is 2837631

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Pomerantz Grossman Hufford Dahlstrom & Gross LLP
             FIRM ADDRESS: 100 Park Avenue, 26th Floor, New York, NY 10017
             FIRM TELEPHONE NUMBER: (212) 661-1100
             FIRM FAX NUMBER: (212) 661-8665

NEW FIRM:    FIRM NAME: Pomerantz LLP
             FIRM ADDRESS: 600 Third Avenue, 20th Floor, New York, NY 10016
             FIRM TELEPHONE NUMBER: (212) 661-1100
             FIRM FAX NUMBER: (212) 661-8665

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/13/14

_____
ATTORNEY'S SIGNATURE